UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERICO CIAMEI,

                Plaintiff,

against

DANDELION CHANDELIER, LLC,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 3728 (LTS) (SLC)

**ORDER TO SUBMIT AO 121 COPYRIGHT FORM**

**SARAH L. CAVE,** United States Magistrate Judge.

In compliance with the provisions in 17 U.S.C. 508, Form AO 121 must be submitted when filing an action concerning a registered Copyright.

On May 14, 2020 the Clerk of Court directed Attorney Richard Liebowitz to submit a completed AO 121 Form for review by the Court. To date, this form has not been filed.

Plaintiff is hereby ORDERED to submit this form by **August 28, 2020**. If this suit concerns an unregistered copyright, Plaintiff must submit a letter attesting to that fact by the same date.

Form AO 121 is available at: https://www.uscourts.gov/sites/default/files/ao121.pdf.

Dated:    New York, New York
            August 19, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**