UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERICO CIAMEI,

               Plaintiff,

against

DANDELION CHANDELIER, LLC,

               Defendant.

CIVIL ACTION NO.: 20 Civ. 3728 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

At the Initial Conference held on August 12, 2020, the parties indicated that they consented to the undersigned's jurisdiction. (ECF No. 16). The Court directed the parties to file the Magistrate Judge Consent Form for the Court's approval so a settlement conference could be scheduled, but to date, the parties have not done so.

Accordingly, if the parties still consent to the undersigned's jurisdiction, they are directed to file the consent form by **Friday, September 18, 2020.**

Dated:    New York, New York
            September 11, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**